**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARY C. DANIEL,                              NO. CV 13-448-AS

            Plaintiff,      )

                      )    **JUDGMENT**

        v.         )

                      )

CAROLYN W. COLVIN,       )

Acting Commissioner of Social  )

Security,               )

                      )

          Defendant.   )

_____)

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

    DATED:   June 23, 2014.

                           /s/
                         _____
                         ALKA SAGAR
                         UNITED STATES MAGISTRATE JUDGE